# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

E-FILED
Friday, 27 June, 2008 11:13:32 AM
Clerk, U.S. District Court, ILCD

CJA 23 (Rev. 5/98)

FILED
AT JUN 2 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ VS. _____

PERSON REPRESENTED (Show your full name): **Darnell Burries**

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony   ☐ Misdemeanor

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: 08-7228
District Court:
Court of Appeals:

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 10/07
How much did you earn per month? $ 1200/mo.
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 5

List persons you actually support and your relationship to them:
Danielle Burries (13)
Heavenly Burries (12)
Kayra Burries (9)
Isaiah Newbern (8 mos.)
Akeela Hyder (1 mo.)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $ 275 |
| | Credit cards | $ | $ 377 |
| | Food | $ | $ 150 |
| | Utilities | $ | $ 150 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/26/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ s/ D. Burries