# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2008 JUN 26 A 10: 43
US MARSHALS SERVICE
CENTRAL ILLINOIS

SEALED

UNITED STATES OF AMERICA

v.

DARNELL C. BURRIES

## WARRANT FOR ARREST

Case Number: 08- MJ-7228

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DARNELL C. BURRIES
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawful possession of a firearm by a felon,

in violation of Title 18, United States Code, Section(s) 922(g).

FILED
JUL 22 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal                    at
Signature of Issuing Officer

BAIL FIXED AT $ NONE

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

June 25, 2008, Urbana, Illinois
Date and Location

by David G. Bernthal
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Decatur

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 06/26/08 | David Dailey | Tony Waller |
| Date of Arrest | Title of Arresting Officer | |
| 06/26/08 | Decatur PD | |